IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| **Jannie Marshall**<br>1110 W. Ward Street<br>Urbana, OH  43078<br><br>        Plaintiff,<br><br>v.<br><br>**Orbis Corporation of Wisconsin**<br>200 Elm Street<br>Urbana, OH  43078<br><br>        Defendant. | Case No. 3:20-cv-00092-WHR<br><br>Judge Walter H. Rice |

**ORDER FOR DISMISSAL**

**ORDER**

Pursuant to the above stipulation of the parties;

IT IS HEREBY ORDERED that the above action be and is hereby dismissed on its merits, with prejudice, and without costs to either party.

Dated this 25th day of September, 2020.

BY THE COURT:

_/s/ Walter H. Rice_ (tp - per Judge Rice authorization after his review)
The Honorable Walter H. Rice
United States District Judge